# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 29, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Alejandro Mujica-Ravelia

          Petitioner,

    v.

United States of America,

          Respondent.

ED CR 05-68(B)-VAP-4
ED CV 16-146-VAP

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Relief under 28 U.S.C. § 2255 is DENIED. Petitioner's request for a certificate of appealability is also DENIED. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   7/29/16

                                                    Virginia A. Phillips
                                                    Chief United States District Judge